# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

v.                                CASE NO.22-20056-HLT-ADM

**MICHAEL A. HANGMAN,**
        **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**ASSAULT WITH A DANGEROUS WEAPON**
**[18 U.S.C. §§ 113(a)(3)]**

On or about July 11, 2022, in the District of Kansas, the defendant,

**MICHAEL A. HANGMAN,**

at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary Leavenworth, assaulted A.B., an inmate at United States Penitentiary Leavenworth, whose identity is known to the Grand Jury, with a dangerous weapon, with intent to do bodily harm to A.B.

In violation of Title 18, United States Code, Section 113(a)(3).

1

# COUNT 2

**ASSAULT WITH A DANGEROUS WEAPON**
**[18 U.S.C. §§ 113(a)(3)]**

On or about July 11, 2022, in the District of Kansas, the defendant,

**MICHAEL A. HANGMAN,**

at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary Leavenworth, assaulted M.W., an inmate at United States Penitentiary Leavenworth, whose identity is known to the Grand Jury, with a dangerous weapon, with intent to do bodily harm to M.W.

In violation of Title 18, United States Code, Section 113(a)(3).

# COUNT 3

**POSSESSION OF PRISON CONTRABAND**
**[18 U.S.C. §§ 1791(a)(2)]**

On or about July 11, 2021, in the District of Kansas, the defendant,

**MICHAEL A. HANGMAN,**

an inmate of United States Penitentiary Leavenworth, knowingly possessed a prohibited object, specifically, a handmade knife, which was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL.

November 16, 2022                   s/Foreperson
DATE                                FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ David P. Zabel
David P. Zabel
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6708
Fax: (913) 551-6541
Email: david.zabel@usdoj.gov
Ks. S. Ct. No. 17887

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# **PENALTIES**

**Counts 1 & 2: 18 U.S.C. § 113(a)(3)**
   **Assault with a Dangerous Weapon**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 113(a)(3).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

**Count 3:      18 U.S.C. § 1791(a)(2) and (b)(3)**
   **Possession of Prison Contraband**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. §§ 1791(a)(2) and (b)(3).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).